UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

RECEIVED
JUN 07 2012
BEARDSLEY JENSEN
& VON WALD

| | |
|---|---|
| SIGNATURE DEVELOPMENT, LLC; JEFF LAGE; and JENNIFER LANDGUTH,<br><br>Plaintiffs,<br><br>v.<br><br>MID-CONTINENT CASUALTY COMPANY,<br><br>Defendant. | Civ. No. 11-5019<br><br>**DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Defendant Mid-Continent Casualty Company supplements its responses to Plaintiffs' Second Set of Requests for Production of Documents as follows:

**GENERAL OBJECTIONS**

1. Defendant objects to Plaintiffs' discovery requests as they do not describe with reasonable particularity each item or category of items to be inspected pursuant to Fed.R.Civ.P. 34(b)(1)(A). Further, the request does not appear to be reasonably tailored to secure documents relevant to issues in this lawsuit.

2. Defendant objects to Plaintiffs' discovery requests as Plaintiffs do not "specify a reasonable time, place, and manner for the inspection" pursuant to Fed.R.Civ.P. 34(b)(1)(B).

3. Defendant objects to Plaintiffs' definitions, instructions, interrogatories and document requests as improper and unduly burdensome to the extent they seek the disclosure of information and documents protected by the attorney-client privilege, attorney work-product doctrine or any other applicable privilege or doctrine. Such responses as may hereafter be given shall not include any information protected by such privileges or doctrines, and the inadvertent disclosure of such information shall not be deemed a waiver of any such privilege or doctrine.

1

Ex. 5

4. Defendant objects to Plaintiffs' discovery requests as overbroad, unduly burdensome, not calculated to lead to the discovery of admissible evidence, and not relevant to the allegations set forth in the Plaintiffs' Complaint ("Complaint") to the extent that they seek information and documents outside the scope of the Plaintiffs' insurance policy and claims file.

## RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

### COMPANY GOALS AND INCENTIVE PLANS

**REQUEST NO. 7:** Any and all documents that reference bonus or award programs for which the personnel handling or reviewing claims are or have been eligible in the past, from January 1, 2004, to the present. This would include the claims handlers, supervisors, managers, or any other individuals in the chain of command up to the head of Claims.

**RESPONSE: Defendant maintains its previous response. Also, see documents produced and Bates stamped as MCG0001251 – MCG0001263.**

**REQUEST NO. 9:** Any and all documents in use since January 1, 2004, to present which relate to the manner in which claim personnel, including supervisory personnel, might receive increases in salary, bonuses, commissions or awards.

**RESPONSE: See Response to Request No. 7.**

### MISCELLANEOUS

**REQUEST NO. 26:** Any and all documents in the possession of Defendant which:

    a.    Identify the software currently in use by the Defendant's claims handlers, as well as any software in use during the past 5 years.

    b.    Provide any documents relating to training or instructions with respect to search capabilities, information retrieval capabilities, or the capability of generating information reports, with respect to any of the software used by any of the Defendant's claims personnel in the past 5 years.

**RESPONSE: Defendant maintains its previous response. Also, see documents produced and Bates stamped as MCG0003592 – MCG0003599.**

# PRIVILEGE LOG

**REQUEST NO. 27:** If, in responding to this request for production of documents, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document:

a. The type of document involved and a general description of the contents of the document;

b. The name, business and residence addresses and telephone numbers, and position of the individual from whom the document emanated;

c. The name, business and residence addresses and telephone numbers, and position of each individual to whom the document or a copy of the document was sent;

d. The date of the document;

e. The privilege upon which you rely in withholding the document;

f. The facts upon which you rely in support of its claim that it is privileged to withhold the document;

g. The names, business and residence addresses and telephone numbers, and positions or occupations of individuals known or believed by you to have knowledge concerning the factual basis for your assertion of privilege with regard to the document.

**RESPONSE: Defendant maintains its previous response. Also, see the attached Privilege Log.**

Dated this 7th day of June, 2012.

BANGS, MCCULLEN, BUTLER,
FOYE & SIMMONS, LLP

By: *[signature]*
Gregory J. Erlandson
Sarah Baron Houy
PO Box 2670
Rapid City, SD 57709
(605)343-1040
gerlandson@bangsmccullen.com
sbaronhouy@bangsmccullen.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2012, he served a copy of this legal document upon the person herein designated, all on the date below shown, by first class mail to the address shown below:

**Steven C. Beardsley, Esq.**
**Brad Lee, Esq.**
Beardsley, Jensen & VonWald
P.O. Box 9579
4200 Beach Dr., Ste 3
Rapid City, SD 57709
Sbeards@blackhillslaw.com
Blee@blackhillslaw.com

*Attorneys for Plaintiffs*

which e-mail address is the last address of the addressee known to the subscriber.

_____
Sarah Baron Houy

| Bates - Begin | Bates - End | Full Name | Author(s) | Recipient(s) | Privilege + |
|---|---|---|---|---|---|
| | | 01. Bad Faith Report, First Quarter 2004 | Jim Johnson | PennekampL | Atty-Client and Atty Work Product |
| | | 02. Bad Faith Report, Second Quarter 2004 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 03. Bad Faith Report, Third Quarter 2004 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 04. Bad Faith Report, Fourth Quarter 2004 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 05. Bad Faith Report, First Quarter 2005 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 06. Bad Faith Report, Second Quarter 2005 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 07. Bad Faith Report, Third Quarter 2005 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 08. Bad Faith Report, Fourth Quarter 2005 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 09. Bad Faith Report, First Quarter 2006 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 10. Bad Faith Report, Second Quarter 2006 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 11. Bad Faith Report, Third Quarter 2006 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 12. Bad Faith Report, Fourth Quarter 2006 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 13. Bad Faith Report, First Quarter 2007 | Jim Johnson | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 14. Bad Faith Report, Second Quarter 2007 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 15. Bad Faith Report, | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work |

**Ex. 5**

| Bates - Begin | Bates - End | Full Name | Author(s) | Recipient(s) | Privilege + |
|---|---|---|---|---|---|
| ** | ** | Third Quarter 2007 | ** | ** | Product |
| | | 16. Bad Faith Report, Fourth Quarter 2007 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 17. Bad Faith Report, First Quarter 2008 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 18. Bad Faith Report, First Quarter 2008 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 19. Bad Faith Report, Second Quarter 2008 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 20. Bad Faith Report, Third Quarter 2008 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 21. Bad Faith Report, Fourth Quarter 2008 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 22. Bad Faith Report, First Quarter 2009 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 23. Bad Faith Report, Second Quarter 2009 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 24. Bad Faith Report, Third Quarter 2009 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 25. Bad Faith Report, Fourth Quarter 2009 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 26. Bad Faith Report, First Quarter 2010 | Timothy Clancy | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 27. Bad Faith Report, Second Quarter 2010 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 28. Bad Faith Report, Third Quarter 2010 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 29. Bad Faith Report, Fourth Quarter 2010 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |

| Bates - Begin | Bates - End | Full Name | Author(s) | Recipient(s) | Privilege + |
|---|---|---|---|---|---|
| | | 30. Bad Faith Report, First Quarter 2011 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 31. Bad Faith Report, Second Quarter 2011 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 32. Bad Faith Report, Third Quarter 2011 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 33. Bad Faith Report, Fourth Quarter 2011 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |
| | | 34. Bad Faith Report, First Quarter 2012 | Frank Pope | Lisa Pennekamp | Atty-Client and Atty Work Product |
| LJ0003 | LJ0004 | Email re status of case | Craig Pfeifle; Robert Pileggi | Craig Pfeifle; Robert Pileggi | Atty-Client |
| LJ0005 | LJ0005 | Internal note re status of document | "R" | Craig Pfeifle | Atty Work Product |
| LJ0082 | LJ0082 | Copy of docket with handwritten notes | Craig Pfeifle | N/A | Atty Work Product |
| LJ0543 | LJ0560 | Correspondence file with Expert Anderson | Craig Pfeifle; Robert Anderson; Jo Kortemeyer | Caroline Goodspeed; Craig Pfeifle; Billye Davidson; Robert Anderson | Atty-Client and Atty-Expert |
| LJ0631 | LJ0632 | Lynn Jackson Open and Closing Information Sheet | Lynn Jackson | | Atty Work Product |
| LJ0633 | LJ0640 | Lynn Jackson Matter Ledger Report | Lynn Jackson | | Atty-Client and Atty Work Product |
| LJ0641 | LJ0643 | Email regarding status | Craig Pfeifle | Robert Pileggi | Atty-Client |
| LJ0644 | LJ0644 | Letter regarding representation | Greg Erlandson | Craig Pfeifle | Trial Prep/Work Product |
| LJ0645 | LJ0645 | Letter re status of matter | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0648 | LJ0648 | Email string re status and | Craig Pfeifle; Caroline | Caroline Goodspeed; | Atty-Client |

| Bates - Begin | Bates - End | Full Name | Author(s) | Recipient(s) | Privilege + |
|---|---|---|---|---|---|
| ** | ** | going forward | Goodspeed | Craig Pfeifle | ** |
| LJ0658 | LJ0659 | Email string with Pfeifle handwriting and notes | Mike Sabers | Craig Pfeifle | Atty Work Product |
| LJ0660 | LJ0663 | Email string re status and going forward | Craig Pfeifle; Caroline Goodspeed; Keith Nye | Craig Pfeifle; Caroline Goodspeed; Keith Nye | Atty-Client and Atty Work Product |
| LJ0668 | LJ0679 | Email string re case direction | Craig Pfeifle; Caroline Goodspeed; Rhonda Rylance | Craig Pfeifle; Caroline Goodspeed; Rhonda Rylance | Atty-Client and Atty Work Product |
| LJ0680 | LJ0687 | Email string re case direction | Craig Pfeifle; Caroline Goodspeed; Rhonda Rylance | Craig Pfeifle; Caroline Goodspeed; Rhonda Rylance | Atty-Client and Atty Work Product |
| LJ0688 | LJ0703 | Email string re case direction | Craig Pfeifle; Caroline Goodspeed; Robert Pileggi | Craig Pfeifle; Caroline Goodspeed; Robert Pileggi | Atty-Client and Atty Work Product |
| LJ0715 | LJ0715 | Letter re expert bill with attorney mark-ups | Robert Anderson | Craig Pfeifle | Atty-Client and Atty-Expert |
| LJ0720 | LJ0721 | Letter re status | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0726 | LJ0727 | Email string re folow up | Craig Pfeifle; Caroline Goodspeed | Caroline Goodspeed; Craig Pfeifle | Atty-Client |
| LJ0728 | LJ0728 | Letter re status | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0737 | LJ0737 | Letter re status | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0738 | LJ0738 | Email w/ attached documents | Jo Kortemeyer | Caroline Goodspeed | Atty-Client |
| LJ0743 | LJ0746 | Email string re status | Craig Pfeifle; Caroline Goodspeed | Craig Pfeifle; Caroline Goodspeed | Atty-Client |
| LJ0756 | LJ0763 | Fax w/ attached documents | Caroline Goodspeed | Craig Pfeifle | Trial Prep/Work Product |
| LJ0766 | LJ0766 | File note with to do items | Craig Pfeifle | | Atty Work Product |

**Ex. 5**

| Bates - Begin | Bates - End | Full Name | Author(s) | Recipient(s) | Privilege + |
|---|---|---|---|---|---|
| LJ0769 | LJ0770 | Letter re discovery | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0783 | LJ0784 | Email string re status | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0798 | LJ0798 | Letter re document request | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0803 | LJ0803 | Fax cover with documents and attorney notes | Caroline Goodspeed | Craig Pfeifle | Atty-Client and Atty Work Product |
| LJ0804 | LJ0804 | Letter re lawsuit with handwritten attorney notes | Merle Scheiber | Legal Dept at Mid-Continent Casualty | Atty Work Product |
| LJ0805 | LJ0806 | Handwritten sticky notes and notes | Craig Pfeifle; Rhonda Rylance | | Atty Work Product |
| LJ0807 | LJ0814 | Internal Email and draft release with handwritten attorney notes | Craig Pfeifle | Rhonda Rylance | Atty Work Product |
| LJ0815 | LJ0815 | Internal Email | Craig Pfeifle | Rhonda Rylance | Atty Work Product |
| LJ0816 | LJ0891 | Draft Discovery Responses | Craig Pfeifle | | Atty Work Product |
| LJ0892 | LJ0892 | Lynn Jackson internal appoitnment Slip | | | Atty Work Product |
| LJ0895 | LJ0895 | Letter re discovery with hand-written attorney notes | Craig Pfeifle; Jerry Johnson | | Atty Work Product |
| LJ0913 | LJ0914 | Draft discovery responses | Craig Pfeifle | | Atty Work Product |
| LJ0949 | LJ0950 | Internal Memo | Craig Pfeifle | File | Atty Work Product |
| LJ0951 | LJ0951 | Handwritten notes to file | Craig Pfeifle | | Atty Work Product |
| LJ0954 | LJ0959 | Internal Emails and information for file | Craig Pfeifle | Rhonda Rylance | Atty-Client and Atty Work Product |
| LJ0960 | LJ0961 | Email re meeting | Craig Pfeifle | Robert Pileggi | Atty-Client |
| LJ0962 | LJ0963 | Draft Pleading (Order) | Craig Pfeifle | | Atty Work Product |

Ex. 5

| Bates - Begin | Bates - End | Full Name | Author(s) | Recipient(s) | Privilege + |
|---|---|---|---|---|---|
| ** | ** | with changes and handwriting | ** | ** | ** |
| LJ0964 | LJ0964 | Internal note | Craig Pfeifle | | Atty Work Product |
| LJ0965 | LJ0966 | Internal emails | Craig Pfeifle | Rhonda Rylance | Atty Work Product |
| LJ0967 | LJ0983 | Letter w. attached draft discovery | Caroline Goodspeed | Craig Pfeifle | Atty-Client and Atty Work Product |
| LJ0984 | LJ0986 | Internal emails | Craig Pfeifle | Rhonda Rylance | Atty Work Product |
| LJ0987 | LJ0994 | Draft Discovery Responses with handwritten notes | Craig Pfeifle | | Atty Work Product |
| LJ0995 | LJ0996 | Email string re status | Craig Pfeifle | Caroline Goodspeed | Atty-Client |
| LJ0997 | LJ0999 | Email re draft discovery | Robert Pileggi | Craig Pfeifle | Atty-Client and Atty Work Product |
| LJ1008 | LJ1010 | Handwritten notes to file | Craig Pfeifle | | Atty Work Product |
| LJ1011 | LJ1011 | Internal email | Craig Pfeifle | Rhonda Rylance | Atty Work Product |
| LJ1012 | LJ1014 | Internal Memo | Craig Pfeifle | File | Atty Work Product |
| LJ1015 | LJ1016 | Internal email | Craig Pfeifle | Rhonda Rylance | Atty Work Product |
| LJ1017 | LJ1020 | Email string re status | Caroline Goodspeed; Craig Pfeifle | Craig Pfeifle; Caroline Goodspeed | Atty-Client and Atty Work Product |
| LJ1021 | LJ1021 | Draft correspondence never sent | Craig Pfeifle | | Atty Work Product |
| LJ1022 | LJ1023 | Internal email | Craig Pfeifle | Rhonda Rylance | Atty Work Product |
| LJ1026 | LJ1027 | Email re status | Craig Pfeifle; Caroline Goodspeed | Caroline Goodspeed; Craig Pfeifle | Atty-Client and Atty Work Product |
| LJ1028 | LJ1029 | Client email | Craig Pfeifle; Caroline Goodspeed | Caroline Goodspeed; Craig Pfeifle | Atty-Client and Atty Work Product |
| LJ1030 | LJ1033 | Complaint with notes and | | | Atty Work Product |

| Bates - Begin ** | Bates - End ** | Full Name markups | Author(s) ** | Recipient(s) ** | Privilege + ** |
|---|---|---|---|---|---|
| LJ1034 | LJ1039 | Conflict check, open file sheet, file opening instructions | | | Atty Work Product |
| LJ1063 | LJ1064 | Handwritten notes | Craig Pfeifle | | Atty Work Product |
| LJ1065 | LJ1065 | Fax Letter | Caroline Goodspeed | Craig Pfeifle | Atty-Client |
| LJ1118 | LJ1118 | Note to file | | | Atty Work Product |
| LJ1172 | LJ1172 | Client letter | Caroline Goodspeed | Craig Pfeifle | Atty-Client |
| LJ1173 | LJ1174 | Draft discovery responses | Craig Pfeifle | | Atty-Client and Atty Work Product |

**Ex. 5**