UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| SIGNATURE DEVELOPMENT, LLC; JEFF LAGE; and JENNIFER LANDGUTH, | ) ) ) | CIV. 11-5019-JLV |
| | ) | JUDGMENT OF DISMISSAL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MID-CONTINENT CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation for dismissal (Docket 34), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and without costs to any party.

Dated November 19, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE